Beth G. Baldinger, Esq.
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTOINETTE DiIORIO,<br><br>            Plaintiff,<br>vs.<br><br>CLARK TOWNSHIP;<br>MAYOR SAL BONACCORSO;<br>CHIEF OF POLICE PEDRO MATOS;<br>PATROLMAN JOSEPH TESTON;<br>PATROLMAN MAZHAR ELWARDANY;<br>PATROLMAN MICHAEL CIACCIO;<br>DETECTIVE BRIAN PEREIRA;<br>LIEUTENANT DANIEL PITTS;<br>JOHN DOE(S) 1-50; and<br>ABC ENTITIES 1-10.<br><br>            Defendants. | CIVIL ACTION NO.: 17-717 (WJM)<br><br>**ORDER TO SEAL** |

THIS MATTER having been opened to the Court on a Motion by Mazie Slater Katz & Freeman, LLC ("MSKF"), to permit the sealing of select portions of the Certification of Beth G. Baldinger filed in support of the companion Notice of Motion to be Relieved as Counsel for the plaintiff, and the Court having considered the moving papers submitted herein and upon good cause shown the Court will grant the Motion.

L. Civ. R. 5.3 (c) allows the Court to permit a party to seal, or otherwise restrict public access to any materials for judicial proceedings upon request by that party by formal motion made pursuant to L.Civ. R. 7.1. Rule 5.3(c)(2) requires that any motion to seal or

otherwise restrict public access shall describe (a) the nature of the materials or proceedings at issue, (b) the legitimate private or public interests which warrant the relief sought, (c) the clearly defined and serious injury that would result if the relief sought is not granted, and (d) why a less restrictive alternative to the relief sought is not available.

In the present case, the Court finds that the movant, Mazie Slater Katz & Freeman, LLC has described the nature of the information at issue sought to be sealed as attorney client confidential communications which are privileged from disclosure. The Court further finds that MSKF has shown the legitimate private interests of the plaintiff in preserving the confidentiality of these communications and MSKF's obligation to maintain the confidentiality; The Court further finds that should the confidential information be improvidently disclosed that would irreparably injure or damage the plaintiff's rights and interests; Furthermore, the Court finds that there is not a less restrictive alternative to the relief sought by MSKF.

Therefore, the Court having considered this matter pursuant to Federal R. Civ. P. 78, and Local Rule 5.3 (c) and for good cause having been shown;

ORDERED that the Motion to Seal the Certification of Beth G. Baldinger in Support of the companion Notice of Motion to be Relieved as Counsel, specifically ¶¶6 through 15 therein is hereby granted.

_____  5/1/19
HONORABLE MARK FALK, U.S.M.J.

(H:\BGB\DiIorio\NOM to Seal\Notice of Motion to Seal 10-8-18.doc)